**39 So.2d 29**

**J. E. FULLER v. STATE.**

**2 Div. 265.**

Supreme Court of Alabama.

Feb. 24, 1949.

A. A. Carmichael, Atty. Gen., and L. E. Barton, Asst. Atty. Gen., for petition.

D. M. Boswell, of Butler, and Ward & Ward, Tom B. Ward, and Tom B. Ward, Jr., all of Tuscaloosa, opposed.

SIMPSON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals, to review and revise the judgment

and decision of that court in the case of Fuller v. State, 39 So.2d 24.

Writ denied.

BROWN, LIVINGSTON, and STAKELY, JJ., concur.